No. 01–7234.  VASQUEZ-MENDOZA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7237.  TRIGGS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–7240.  MARTINEZ-CAMPOS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7242.  MAYA-MOSCO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7243.  KRAUSE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7244.  WHITAKER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7245.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7248.  KIFER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–7250.  OMORUYI, AKA OLORO, AKA PIERCE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 01–7253.  JACKSON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–7254.  RANKIN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–7255.  STARCHER *v.* WINGARD, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–7256.  RODRIGUEZ-ALVAREZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7295.  HOLLINGSWORTH *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–7298.  PIZANO-CORONA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7301.  ARMIJO-PUENTES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.